Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Pro Hac Vice To Be Filed*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice To Be Filed*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Sweet,<br><br>        Plaintiff.<br><br>v.<br><br>California Association of Psychiatric Technicians, et al.,<br><br>        Defendants. | Case No. 2:19-CV-00349-JAM-AC<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:<br>Time:<br>Judge: |

Plaintiff, Alfred Sweet, respectfully moves this Court for a preliminary injunction against Defendants, California Association of Psychiatric Technicians ("CAPT");

Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals ("Director Clendenin"); and Xavier Becerra, in his official capacity as Attorney General of California ("General Becerra").

Mr. Sweet respectfully requests that the Court enter a preliminary injunction:

1. Enjoining Director Clendenin from deducting union dues from Mr. Sweet's paycheck;
2. Enjoining CAPT from directing Director Clendenin to deduct union dues from Mr. Sweet's paycheck and from accepting the dues;
3. Enjoining General Becerra from enforcing Cal. Gov't Code §§ 3515 and 3515.7 and any other provisions of California law that require Mr. Sweet to pay what amount to agency fees to CAPT because he requested to become an agency fee payer;
4. Enjoining General Becerra from enforcing Cal. Gov't Code §§ 1157.12, 3513(i), 3515, and 3515.5 and all other provisions of California law that require Mr. Sweet to wait until a specified window of time to stop the deduction of union dues from his paycheck.
5. Enjoining CAPT from acting as Mr. Sweet's exclusive representative in bargaining negotiations with his employer, the California Department of State Hospitals; and
6. Enjoining General Becerra from enforcing Cal. Gov't Code §§ 3515.5 and 3520.5 and all other provisions of California law that provide for exclusive representation of employees who do not affirmatively consent to union membership.

Dated: February XX, 2019

Respectfully submitted,

/s/ Mark W. Bucher
Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474

Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

/s/ Brian K. Kelsey
Brian K. Kelsey (*Pro Hac Vice To Be Filed*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice To Be Filed*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*