Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Pro Hac Vice To Be Filed*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice To Be Filed*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Sweet, | Case No. 2:19-CV-00349-JAM-AC |
| Plaintiff. | |
| v. | **[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| California Association of Psychiatric Technicians, et al., | |
| Defendants. | |

THIS MATTER came before the court to be heard in a hearing on _____, 2019 on Plaintiff Alfred Sweet's motion for preliminary injunction. Having reviewed the

papers filed in support of and in opposition to this motion, this Court finds that Mr. Sweet has demonstrated that he has a significant likelihood of success on the merits; that if an injunction does not issue in this case, he will be irreparably injured; that the balance of equities in this case favors granting Mr. Sweet an injunction; and that the issuance of an injunction will be in the public interest.

It is accordingly ORDERED, ADJUDGED, and DECREED as follows:

1. Defendant Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals is ENJOINED from deducting union dues from Mr. Sweet's paycheck;

2. Defendant California Association of Psychiatric Technicians ("CAPT") is ENJOINED from directing Director Clendenin to deduct union dues from Mr. Sweet's paycheck and from accepting the dues;

3. Defendant Xavier Becerra, in his official capacity as Attorney General of California ("General Becerra") is ENJOINED from enforcing Cal. Gov't Code §§ 3515 and 3515.7 and any other provisions of California law that require Mr. Sweet to pay what amount to agency fees to CAPT because he requested to become an agency fee payer;

4. Defendant General Becerra is ENJOINED from enforcing Cal. Gov't Code §§ 1157.12, 3513(i), 3515, and 3515.5 and all other provisions of California law that require Mr. Sweet to wait until a specified window of time to stop the deduction of union dues from his paycheck;

5. Defendant CAPT is ENJOINED from acting as Mr. Sweet's exclusive representative in bargaining negotiations with his employer, the California Department of State Hospitals; and

6. Defendant General Becerra is ENJOINED from enforcing Cal. Gov't Code §§ 3515.5 and 3520.5 and all other provisions of California law that provide for exclusive representation of employees who do not affirmatively consent to union membership.

Dated: _____ XX, 2019

/s/_____
Judge

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION