

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

Alfred Sweet,

v.

California Association of Psychiatric Technicians, et al.

Case No. 2:19−CV−00349−JAM−AC

I, <u>Brian K. Kelsey</u>, attorney for Plaintiff <u>Alfred Sweet</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below, and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Liberty Justice Center |
| Address: | 190 South LaSalle Street |
| | Suite 1500 |
| City: | Chicago |
| State: | IL    ZIP Code: 60603 |
| Voice Phone: | (312-263-7668) |
| FAX Phone: | (312-263-7702 ) |
| Internet E-mail: | bkelsey@libertyjusticecenter.org |
| Additional E-mail: | |
| I reside in City: | Germantown    State: TN |

I was admitted to practice in the <u>State of Tennessee</u> on <u>November 12, 2003</u>.

I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / **have not** ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:       Mark W. Bucher

Firm Name:  Law Office of Mark W. Bucher

Address:    18002 Irvine Blvd.,

            Suite 108

City:       Tustin

State:      CA        ZIP Code: 92780-3321

Voice Phone: (714-313-3706)

FAX Phone:  (714-573-2297)

E-mail:     mark@calpolicycenter.org

Dated: March 12, 2019       Petitioner: /s/ Brian K. Kelsey

**ORDER**

IT IS SO ORDERED.

Dated:  3/12/2019                                                                     /s/ John A. Mendez_____
                                                                                                  JUDGE, U.S. DISTRICT COURT