1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ANTHONY R. HAKL, State Bar No. 197335
   Supervising Deputy Attorney General
3  MAUREEN C. ONYEAGBAKO, State Bar No. 238419
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7324
6   Fax: (916) 324-8835
    E-mail: Maureen.Onyeagbako@doj.ca.gov
7  *Attorneys for Defendants Xavier Becerra, in his
   official capacity as California Attorney General, and
8  Stephanie Clendenin, in her official capacity as Acting
   Director of the California Department of State
9  Hospitals*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED SWEET,** | 2:19-cv-00349-JAM-AC |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION TO JULY 16, 2019; ORDER** |
| v. | |
| **CALIFORNIA ASSOCIATION OF PSYCHIATRIC TECHNICIANS; STEPHANIE CLENDENIN, in her official capacity as Acting Director of the California Department of State Hospitals; and XAVIER BECERRA, in his official capacity as Attorney General of California,** | Judge: The Honorable John A. Mendez<br>Action Filed: February 27, 2019 |
| Defendants. | |

1

Stipulation to Continue Hr'g Date on Mot. to Dismiss & Mot. for Prelim. Inj.; [Proposed] Order
(2:19-cv-00349-JAM-AC)

Pursuant to Civil Local Rule 230(g), Plaintiff Alfred Sweet, Defendant Xavier Becerra, in his official capacity as California Attorney General, Defendant Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals, and Defendant California Association of Psychiatric Technicians (CAPT), through their undersigned counsel, hereby stipulate as follows:

1. On February 27, 2019, Plaintiff filed a motion for preliminary injunction against all Defendants, without a notice of motion (ECF No. 5);

2. On April 22, 2019, Defendant CAPT filed a notice of motion and motion to dismiss Count II of the First Amended Complaint, and noticed the hearing for June 18, 2019 (ECF No. 17);

3. On April 29, 2019, Plaintiff noticed a hearing on the motion for preliminary injunction for June 18, 2019 (ECF No. 18);

4. Due to a previously scheduled court appearance in Los Angeles, counsel for Defendants Becerra and Clendenin is unavailable to attend a June 18 hearing on the motion for preliminary injunction;

5. The parties have agreed to hear both the motion to dismiss and the motion for preliminary injunction on the same day;

6. After conferring with the Court, the parties are advised that the Court is available to hear both the motion to dismiss and motion for preliminary injunction on July 16, 2019;

7. The parties stipulate and agree to continue the June 18 hearings on Plaintiff's motion for preliminary injunction and Defendant CAPT's motion to dismiss to July 16, 2019, at 1:30 p.m., in Courtroom 6, 14th Floor, before the Honorable John A. Mendez of the U.S. District Court of the Eastern District of California, located at 501 "I" Street, Sacramento, CA 95814; and

8. The parties also stipulate and agree that deadlines for filing any opposition and reply briefs to the motions shall comply with Local Rule 230(c), and run from the July 16, 2019 hearing date.

IT IS SO STIPULATED.

2
Stipulation to Continue Hr'g Date on Mot. to Dismiss & Mot. for Prelim. Inj.; [Proposed] Order
(2:19-cv-00349-JAM-AC)

| | | |
|---|---|---|
| Dated: May 10, 2019 | | Respectfully submitted, |

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Maureen Onyeagbako*
MAUREEN C. ONYEAGBAKO
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals*

Dated: May 10, 2019                                    Respectfully submitted,

CALIFORNIA ASSOCIATION OF
PSYCHIATRIC TECHNICIANS

*/s/ Sean Bedrosian*
*(as authorized on 5/10/19)*
SEAN BEDROSIAN
*Attorneys for Defendant California Association of Psychiatric Technicians*

Dated: May 10, 2019                                    Respectfully submitted,

LIBERTY JUSTICE CENTER

*/s/ Reilly Stephens*
*(as authorized on 5/10/19)*
BRIAN K. KELSEY (*Pro Hac Vice*)
REILLY STEPHENS (*Pro Hac Vice*)
*Attorneys for Plaintiff Alfred Sweet*

## **ORDER**

**IT IS SO ORDERED.**

Dated: 5/10/2019                                    /s/ John A. Mendez
                                                    HON. JOHN A. MENDEZ
                                                    U. S. DISTRICT COURT JUDGE

SA2019100897 / 13714975.docx

3

Stipulation to Continue Hr'g Date on Mot. to Dismiss & Mot. for Prelim. Inj.; [Proposed] Order
(2:19-cv-00349-JAM-AC)

# CERTIFICATE OF SERVICE

Case Name: **Sweet, Alfred v. California Association of Psychiatric Technicians, et al**   No. **2:19-cv-00349-JAM-AC**

I hereby certify that on <u>May 10, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION TO JULY 16, 2019**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 10, 2019</u>, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2019100897
13724589.docx

4

Stipulation to Continue Hr'g Date on Mot. to Dismiss & Mot. for Prelim. Inj.; [Proposed] Order
(2:19-cv-00349-JAM-AC)