
Case 2:19-cv-00349-JAM-AC   Document 25   Filed 07/02/19   Page 1 of 3

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
MAUREEN C. ONYEAGBAKO, State Bar No. 238419
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7324
 Fax:  (916) 324-8835
 E-mail:  Maureen.Onyeagbako@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED SWEET,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA ASSOCIATION OF PSYCHIATRIC TECHNICIANS; STEPHANIE CLENDENIN, in her official capacity as Acting Director of the California Department of State Hospitals; and XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>Defendants. | 2:19-cv-00349-JAM-AC<br><br>**STATE DEFENDANTS' STATEMENT OF NON-OPPOSITION TO DEFENDANT CALIFORNIA ASSOCIATION OF PSYCHIATRIC TECHNICIANS' MOTION TO DISMISS**<br><br>Date:           July 16, 2019<br>Time:          1:30 p.m.<br>Courtroom: 6<br>Judge:         Honorable John A. Mendez<br>Trial Date:  Not Set<br>Action Filed: February 27, 2019 |

On April 22, 2019, Defendant California Association of Psychiatric Technicians filed a Motion to Dismiss Count II of the Complaint. (ECF No. 17.) The State Defendants, California Attorney General Xavier Becerra and the California Department of State Hospitals' Acting Director Stephanie Clendenin, do not oppose this motion.

Dated: July 2, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Maureen C. Onyeagbako*
MAUREEN C. ONYEAGBAKO
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals*

SA2019100897
13798730.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Sweet, Alfred v. California Association of Psychiatric Technicians, et al** | No. | **2:19-cv-00349-JAM-AC** |

I hereby certify that on <u>July 2, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' STATEMENT OF NON-OPPOSITION TO DEFENDANT CALIFORNIA ASSOCIATION OF PSYCHIATRIC TECHNICIANS' MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 2, 2019</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2019100897
13883844.docx