Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Admitted Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Admitted Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*
*Additional Counsel on Following Page*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Sweet,<br>　　　　　　Plaintiff | Case No. 2:19-cv-00349-JAM-AC |
| v. | **JOINT RULE 26(F) REPORT** |
| California Association of Psychiatric Technicians; Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals; and Xavier Becerra, in his official capacity as Attorney General of California,<br>　　　　　　Defendants. | |

Scott A. Kronland (SBN 171693)
skronland@altshulerberzon.com
Danielle Leonard (SBN 218201)
dleonard@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

Sean Bedrosian
Attorney at Law and Consultant
California Association of Psychiatric Technicians
1220 S Street
Suite 100
Sacramento, CA 95811
916-947-1460
Email: sean@psychtechs.net

*Attorneys for Defendant CAPT*

Maureen C. Onyeagbako
Department of Justice, Office of the Attorney General
1300 I Street
Suite 125
P.O. Box 944255
Sacramento, CA 94244
916-322-7119
Fax: 916-324-5205
Email: maureen.onyeagbako@doj.ca.gov

*Attorney for Defendants Clendenin, in her official
capacity as Acting Secretary of the California
Department of State Hospitals, and Becerra, in his
official capacity as California Attorney General*

Plaintiff Alfred Sweet and Defendants California Association of Psychiatric Technicians ("CAPT"), Stephanie Clendenin, and Xavier Becerra hereby submit this joint Rule 26(f) Report. On June 19, 2019, the parties conferred by telephone pursuant to this Court's order of February 27 (Dkt. 4), to meet and confer for purposes of preparing this report.

On July 16, 2019, the Court will hear Defendant CAPT's Motion to Dismiss Count II of the Complaint (Dkt. 17). The Court's disposition of the motion will determine the scope of the remaining litigation, including the necessary discovery, the chances for settlement, and pre-trial motions. The parties therefore jointly propose that they submit a supplemental Rule 26(f) report no later than 21 days after a ruling on CAPT's Motion to Dismiss Count II, containing their plan for litigating any claims that remain in this case, including discovery, alternative dispute resolution, and pre-trial dispositive motions.

## A.      The Nature of the Case

Plaintiff Alfred Sweet asserts two claims under 42 U.S.C. § 1983 alleging an abridgement of First Amendment rights. Count I of the Complaint alleges that Defendant CAPT's membership dues collection practices abridged Plaintiff's rights of speech and association. Count II alleges that CAPT's status as the exclusive representative of Plaintiff's bargaining unit likewise abridges his rights to speech and association. Defendants deny all claims and liability, and CAPT has moved to dismiss Count II.

Plaintiff seeks monetary damages only from Defendant CAPT, and only with respect to Claim I, in an amount not to exceed five thousand dollars ($5,000).

## B.      Progress in the Service of Process

All Defendants have been served.

## C.      Possible Joinder of Additional Parties

No party intends to join any additional parties.

## D.      Any Expected or Desired Amendment of Pleadings

The parties will be in a better position to discuss amendment of pleadings in the Supplemental Report, after the Court rules on CAPT's pending Motion to Dismiss.

**E.    Jurisdiction and Venue**

The parties do not object to jurisdiction and venue in this Court.

**F.    Anticipated Motions and the Scheduling of Motions**

Plaintiff Sweet initially filed a Motion for Preliminary Injunction (Dkt. 5), for hearing on the same schedule as the pending Motion to Dismiss Count II (see Dkt. 20). Plaintiff withdrew the Motion for Preliminary Injunction upon confirmation that CAPT has processed Mr. Sweet's resignation from the union and halted dues deductions (Dkt. 23).

Any additional motions will depend on the Court's ruling on CAPT's pending Motion to Dismiss.

**G.    Anticipated Discovery and the Scheduling of Discovery**

All parties agree that the commencement of discovery, including initial disclosures, should be postponed until after the Court rules on the pending Motion to Dismiss because the scope of discovery will depend on the Court's ruling. The parties will include a deadline for exchanging initial disclosures in the Supplemental Report to be filed after a final ruling on the Motion to Dismiss.

**H.    Future Proceedings, including setting appropriate cut-off dates for discovery, law and motion, and the scheduling of pretrial and trial**

As discussed above, the parties agree that discussion of future proceedings should wait until the Court rules on CAPT's pending Motion to Dismiss, as that ruling will provide guidance on the scope of the litigation and future proceedings. The parties do, however, agree that their Supplemental Report shall be filed no later than 21 days after a final ruling on CAPT's pending Motion to Dismiss.

**I.    Appropriateness of Special Procedures**

The parties do not anticipate a need for special procedures in the litigation at this time.

**J.    Estimate of Trial Time**

The parties will be in a better position to estimate trial time in the Supplemental Report, after the Court rules on CAPT's pending Motion to Dismiss.

**K.      Modification of Standard Pretrial Procedures**

The parties will be in a better position to evaluate modification of standard pretrial procedures in the Supplemental Report, after the Court rules on CAPT's pending Motion to Dismiss.

**L.      Related Cases**

The parties note that numerous cases have been filed across the United States seeking immediate cessation of union dues deductions following plaintiffs' resignations from their unions, and relying on the U.S. Supreme Court's decision in *Janus v. American Federation of State, County, and Municipal Employees Council 31*, 138 S. Ct. 2448 (2018). None of those cases involve Plaintiff Sweet or Defendant CAPT.

**M.      Whether a Settlement Conference Should Be Scheduled**

Plaintiff and Defendants Clendenin and Becerra do not believe participation in a settlement conference will be meaningful because the claims at issue involve the constitutionality of state statutes. Defendant CAPT is open to settlement talks or mediation at an appropriate time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**N.  Any Other Matters that may Add to Just and Expeditious Disposition**

If the Court chooses to set a Scheduling Conference to determine the case schedule, the parties respectfully request that the Court wait until after it rules on the pending motion and the parties submit a Supplemental Report.

Dated: July 3, 2019

Respectfully submitted,

/s/ Brian K. Kelsey
Brian K. Kelsey (Admitted Pro Hac Vice)
bkelsey@libertyjusticecenter.org
Reilly Stephens (Admitted Pro Hac Vice)
rstephens@libertyjusticecenter.org
Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

*Attorneys for Plaintiff*

/s/ Danielle Leonard(as authorized on 7/3/2019)
Danielle Leonard (SBN 218201)
dleonard@altshulerberzon.com
Scott A. Kronland (SBN 171693)
skronland@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151

Facsimile: 415-362-8064

Sean Bedrosian LWP
1220 S Street, Suite 100
Sacramento, CA 95811
916-947-1460
Email: sean@psychtechs.net

*Attorneys for Defendant CAPT*

/s/ Maureen C. Onyeagbako(as authorized on
7/3/2019)
Maureen C. Onyeagbako
Department of Justice, Office of the Attorney
General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
916-210-7324
Fax: 916-324-8835
Email: maureen.onyeagbako@doj.ca.gov

*Attorney for Defendants Clendenin, in her official capacity as Acting Secretary of the California Department of State Hospitals, and Becerra, in his official capacity as California Attorney General*