UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SWEET,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA ASSOCIATION OF<br>PSYCHIATRIC TECHNICIANS, et al.,<br><br>            Defendants. | No. 2:19-cv-00349-JAM-AC<br><br>**ORDER RE JOINT RESPONSE TO COURT QUESTIONS** |

Defendant CAPT has moved to dismiss Count II of the Complaint (Mot., ECF No. 17) and the motion remains pending before this Court. In the time since Defendant filed the motion, Mr. Sweet has had the opportunity to resign his union membership under the terms of the collective bargaining agreement. Compl., ECF No. 1, ¶ 25 (alleging CAPT refused to permit Mr. Sweet "to resign his union membership except during a thirty-day window prior to the expiration of the collective bargaining agreement, or June 1 to July 1, 2019."). Nevertheless, in their joint status report (ECF No. 26), filed on July 3, 2019, the parties failed to apprise this Court of whether CAPT had accepted Mr. Sweets resignation from union membership.

1

Thus, this Court hereby ORDERS the parties to jointly file a Response to the following questions:

    (1) Has CAPT accepted Mr. Sweet's resignation?

    (2) If CAPT <u>has</u> accepted Mr. Sweet's resignation:

        (A) as of what date does CAPT consider Mr. Sweet's resignation effective; and

        (B) has CAPT ceased deducting dues and/or fees from Mr. Sweet's paycheck?

    (3) If CAPT <u>has not</u> accepted Mr. Sweet's resignation, why has CAPT not accepted the resignation?

This Response shall be no longer than 3 pages, and shall be filed no later than August 12, 2019.

If the Response to Questions 1 is "Yes," this Court anticipates requesting briefing from the parties on whether Count II of the Complaint is now moot. See, e.g., <u>Bain v. California Teachers Ass'n</u>, 891 F.3d 1206 (9th Cir. 2018). Any request for further briefing will be made by separate order.

IT IS SO ORDERED.

Dated: August 6, 2019

                              /s/ John A. Mendez
                              U. S. District Court Judge