Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Admitted Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Admitted Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*
*Additional Counsel on Following Page*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alfred Sweet,<br>　　　　　Plaintiff<br><br>v.<br><br>California Association of Psychiatric Technicians; Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals; and Xavier Becerra, in his official capacity as Attorney General of California,<br>　　　　　Defendants. | Case No. 2:19-cv-00349-JAM-AC<br><br>**JOINT RESPONSE TO THE COURT'S QUESTIONS** |

Scott A. Kronland (SBN 171693)
skronland@altshulerberzon.com
Danielle Leonard (SBN 218201)
dleonard@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

Sean Bedrosian
Attorney at Law and Consultant
California Association of Psychiatric Technicians
1220 S Street
Suite 100
Sacramento, CA 95811
916-947-1460
Email: sean@psychtechs.net

*Attorneys for Defendant CAPT*

Maureen C. Onyeagbako
Department of Justice, Office of the Attorney General
1300 I Street
Suite 125
P.O. Box 944255
Sacramento, CA 94244
916-322-7119
Fax: 916-324-5205
Email: maureen.onyeagbako@doj.ca.gov

*Attorney for Defendants Clendenin, in her official capacity as Acting Secretary of the California Department of State Hospitals, and Becerra, in his official capacity as California Attorney General*

Plaintiff Alfred Sweet and Defendants California Association of Psychiatric Technicians ("CAPT"), Stephanie Clendenin, and Xavier Becerra hereby submit this joint statement in response to the Court's August 6, 2019 Order RE Joint Response to Court Questions (Dkt. 30).

The parties jointly answer the Court's questions as follows:

**1. Has CAPT accepted Mr. Sweet's resignation?**

Yes. CAPT has accepted Mr. Sweet's resignation.

**2. If CAPT has accepted Mr. Sweet's resignation:**

    **a. As of what date does CAPT consider Mr. Sweet's resignation effective?**

CAPT previously provided Mr. Sweet a letter dated June 20, 2019, stating that it considered Mr. Sweet's resignation effective June 1, 2019.

    **b. Has CAPT ceased deducting dues and/or fees from Mr. Sweet's paycheck?**

Yes. CAPT's letter of June 20, 2019 provided that dues would cease as of Mr. Sweet's paycheck for the June 1-15, 2019 period. In light of the information in that letter, Plaintiff withdrew his previously-filed preliminary injunction motion (see Dkt. 23).

**3. If CAPT has not accepted Mr. Sweet's resignation, why has CAPT not accepted the resignation?**

As stated above, CAPT accepted Mr. Sweet's resignation.

**4. Mootness.**

The parties stand willing to provide supplemental briefing on these or any other issues the Court desires.

Plaintiff's Position:

Plaintiff would maintain, that the fact of Mr. Sweet's now-accepted resignation is relevant, if at all, to Count I of the Complaint, which challenges restrictions on withdrawal of membership and dues deductions, but is not relevant to Count II, which deals with CAPT's ongoing representation of Mr. Sweet as a non-member of the union.

Defendants' Position:

Defendants agree that Count II, which is the subject of CAPT's pending motion to dismiss, is not mooted by Mr. Sweet's resignation from union membership. Count II challenges the constitutionality of exclusive representation, not Mr. Sweet's membership status. Defendants further respond that Count I is now moot insofar as it seeks prospective relief. The State Defendants are not subject to a claim for damages.

Dated: August 12, 2019

Respectfully submitted,

/s/ Brian K. Kelsey
Brian K. Kelsey (Admitted Pro Hac Vice)
bkelsey@libertyjusticecenter.org
Reilly Stephens (Admitted Pro Hac Vice)
rstephens@libertyjusticecenter.org
Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

*Attorneys for Plaintiff*

/s/ Danielle Leonard(as authorized on 8/12/2019)
Danielle Leonard (SBN 218201)
dleonard@altshulerberzon.com
Scott A. Kronland (SBN 171693)
skronland@altshulerberzon.com
ALTSHULER BERZON LLP

177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

Sean Bedrosian LWP
1220 S Street, Suite 100
Sacramento, CA 95811
916-947-1460
Email: sean@psychtechs.net

*Attorneys for Defendant CAPT*

/s/ Maureen C. Onyeagbako(as authorized on 8/12/2019)
Maureen C. Onyeagbako
Department of Justice, Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
916-210-7324
Fax: 916-324-8835
Email: maureen.onyeagbako@doj.ca.gov

*Attorney for Defendants Clendenin, in her official capacity as Acting Secretary of the California Department of State Hospitals, and Becerra, in his official capacity as California Attorney General*