Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Admitted Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Admitted Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*
*Additional Counsel on Following Page*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Sweet,<br>    Plaintiff<br><br>v.<br><br>California Association of Psychiatric Technicians; Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals; and Xavier Becerra, in his official capacity as Attorney General of California,<br>    Defendants. | Case No. 2:19-cv-00349-JAM-AC<br><br>**UPDATED JOINT RULE 26(F) REPORT** |

Scott A. Kronland (SBN 171693)
skronland@altshulerberzon.com
Danielle Leonard (SBN 218201)
dleonard@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: 415-421-7151
Fax: 415-362-8064

Sean Bedrosian
Attorney at Law and Consultant
California Association of Psychiatric Technicians
1220 S Street
Suite 100
Sacramento, CA 95811
Phone: 916-947-1460
Email: sean@psychtechs.net

*Attorneys for Defendant CAPT*

Maureen C. Onyeagbako
Department of Justice, Office of the Attorney General
1300 I Street
Suite 125
P.O. Box 944255
Sacramento, CA 94244
Phone: 916-210-7324
Fax: 916-324-5205
Email: maureen.onyeagbako@doj.ca.gov

*Attorney for Defendants Clendenin, in her official
capacity as Director of the California Department
of State Hospitals, and Becerra, in his official
capacity as California Attorney General*

Plaintiff Alfred Sweet and Defendants California Association of Psychiatric Technicians ("CAPT"), Stephanie Clendenin, and Xavier Becerra hereby submit this joint Rule 26(f) Report. On June 19, 2019, the parties conferred by telephone pursuant to this Court's order of February 27 (Dkt. 4), to meet and confer for purposes of preparing a Joint Status Report. At the time, Defendants had filed pending Motions to Dismiss Count II of the Complaint. The parties therefore jointly proposed in this initial report (Dkt. 26) that they postponed submitting a full report until after the Court ruled on the Motions to Dismiss. The Court thereafter ordered (Dkt. 27) that the parties submit this supplemental report 21 days following the Court's ruling on the Motion to Dismiss Count II. On August 28, 2019, this Court issued its Opinion (Dkt. 32) Dismissing Count II. The parties therefore submit this updated Joint Rule 26(f) Report.

## A.    The Nature of the Case

Plaintiff Alfred Sweet originally asserted two claims under 42 U.S.C. § 1983 alleging an abridgement of First Amendment rights. Count I of the Complaint alleges that Defendant CAPT's membership dues collection practices abridged Plaintiff's rights of speech and association. The now dismissed Count II alleges that CAPT's status as the exclusive representative of Plaintiff's bargaining unit likewise abridges his rights to speech and association. Defendants deny all claims and liability.

While the Motion to Dismiss was pending, on August 6, 2019, this Court issued an order requiring the parties to jointly respond to certain questions regarding Plaintiff Sweet's membership status with CAPT (Dkt. 30). The parties provided a joint response on August 12, 2019 confirming that Defendant CAPT had accepted Plaintiff Sweet's resignation from membership and dues deductions had ceased (Dkt. 31).

On August 28, 2019, this Court dismissed Count II (Dkt. 32), so only Count I remains to be litigated.

Plaintiff seeks monetary damages only from Defendant CAPT, and only with respect to Claim I, in an amount not to exceed five thousand dollars ($5,000).

**B.    Progress in the Service of Process**

All Defendants have been served.

**C.    Possible Joinder of Additional Parties**

No party intends to join any additional parties.

**D.    Any Expected or Desired Amendment of Pleadings**

Plaintiff does not expect or desire to amend any pleadings at this time.

**E.    Jurisdiction and Venue**

The parties do not object to jurisdiction and venue in this Court.

**F.    Anticipated Motions and the Scheduling of Motions**

Plaintiff believes the issues in this case are primarily legal, rather than factual, and therefore anticipates filing a Motion for Summary Judgment on Count I. Defendants likewise anticipate filing Motions for Summary Judgment on the remaining claim. The State Defendants reserve the right to file a motion for judgment on the pleadings.

The parties propose a deadline for dispositive motions in Section H.

**G.    Anticipated Discovery and the Scheduling of Discovery**

The anticipated subjects of discovery are limited. Plaintiff expects to seek only the exact amount of union dues that were withheld from Plaintiff's paycheck, and any union agreements allegedly signed by Plaintiff. Defendants will depose Plaintiff regarding his knowledge of the issues raised by his Complaint and seek documents regarding the facts relevant to those claims.

The parties propose deadlines for discovery in Section H.

**H.    Future Proceedings, including setting appropriate cut-off dates for discovery, law and motion, and the scheduling of pretrial and trial**

The parties propose the follow schedule for future proceedings.

October 2, 2019 — Deadline for amendment of pleadings or addition of parties

December 2, 2019 — Deadline for designation of experts on issues for which the party has the burden of proof

January 10, 2020 — Deadline for designation of rebuttal experts

January 27, 2020 — Cutoff of fact and expert discovery

February 24, 2020 — Plaintiff's motion for summary judgment

March 23, 2020 — Defendants' opposition to Plaintiffs' motion and any cross-motions for summary judgment

April 20, 2020 — Plaintiffs' reply and opposition to cross-motions

May 18, 2020 — Defendants' reply

June 30, 2020 — Last day for law and motion, including but not limited to any hearing on motions for summary judgment.

September 11, 2020 — Pretrial conference

October 11, 2020 — Trial

## I. Appropriateness of Special Procedures

The parties do not anticipate a need for special procedures in the litigation at this time.

## J. Estimate of Trial Time

The parties anticipate that a trial in this case will require no more than three days.

## K. Modification of Standard Pretrial Procedures

The parties do not anticipate any need to modify the standard pretrial procedures.

## L. Related Cases

There are no related cases.

## M. Whether a Settlement Conference Should Be Scheduled

Plaintiff and Defendants Clendenin and Becerra do not believe participation in a settlement conference will be meaningful because the claims at issue involve the constitutionality of state statutes. Plaintiff and Defendant CAPT are open to private settlement talks or mediation at an appropriate time but do not believe a settlement conference with the Court at this time is necessary.

/ / /

/ / /

/ / /

# N. Any Other Matters that may Add to Just and Expeditious Disposition

The parties have no other matters to raise at this time.

Dated: September 18, 2019                    Respectfully submitted,

/s/ Brian K. Kelsey
Brian K. Kelsey (Admitted Pro Hac Vice)
bkelsey@libertyjusticecenter.org
Reilly Stephens (Admitted Pro Hac Vice)
rstephens@libertyjusticecenter.org
Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

*Attorneys for Plaintiff*

/s/ Danielle Leonard (as authorized on 9/18/2019)
Danielle Leonard (SBN 218201)
dleonard@altshulerberzon.com
Scott A. Kronland (SBN 171693)
skronland@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: 415-421-7151
Fax: 415-362-8064

Sean Bedrosian LWP

1220 S Street, Suite 100
Sacramento, CA 95811
Phone: 916-947-1460
Email: sean@psychtechs.net

*Attorneys for Defendant CAPT*

/s/ Maureen C. Onyeagbako (as authorized on 9/18/2019)
Maureen C. Onyeagbako
Department of Justice, Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
Phone: 916-210-7324
Fax: 916-324-8835
Email: maureen.onyeagbako@doj.ca.gov

*Attorney for Defendants Clendenin, in her official capacity as Director of the California Department of State Hospitals, and Becerra, in his official capacity as California Attorney General*