Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Admitted Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Admitted Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*
*Additional Counsel on Following Page*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Sweet,<br>　　　　　Plaintiff<br><br>v.<br><br>California Association of Psychiatric Technicians; Stephanie Clendenin, in her official capacity as Acting Director of the California Department of State Hospitals; and Xavier Becerra, in his official capacity as Attorney General of California,<br>　　　　　Defendants. | Case No. 2:19-cv-00349-JAM-AC<br><br>**JOINT STIPULATION OF DISMISSAL** |

Scott A. Kronland (SBN 171693)
skronland@altshulerberzon.com
Danielle Leonard (SBN 218201)
dleonard@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: 415-421-7151
Fax: 415-362-8064

Sean Bedrosian
Attorney at Law and Consultant
California Association of Psychiatric Technicians
1220 S Street
Suite 100
Sacramento, CA 95811
Phone: 916-947-1460
Email: sean@psychtechs.net

*Attorneys for Defendant CAPT*

Maureen C. Onyeagbako
Department of Justice, Office of the Attorney General
1300 I Street
Suite 125
P.O. Box 944255
Sacramento, CA 94244
Phone: 916-210-7324
Fax: 916-324-5205
Email: maureen.onyeagbako@doj.ca.gov

*Attorney for Defendants Clendenin, in her official capacity as Director of the California Department of State Hospitals, and Becerra, in his official capacity as California Attorney General*

Plaintiff Alfred Sweet and Defendants California Association of Psychiatric Technicians ("CAPT"), Stephanie Clendenin, and Xavier Becerra hereby submit this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendant CAPT have reached a settlement agreement that resolves all claims in the case. The parties agree that the conditions of the settlement agreement have been satisfied and there is no further dispute between them to resolve, and the parties therefore agree that all claims should be dismissed by this court, with prejudice. The parties agree to bear their own costs and attorney's fees.

Dated: November 13, 2019                Respectfully submitted,

/s/ Brian K. Kelsey
Brian K. Kelsey (Admitted Pro Hac Vice)
bkelsey@libertyjusticecenter.org
Reilly Stephens (Admitted Pro Hac Vice)
rstephens@libertyjusticecenter.org
Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

*Attorneys for Plaintiff*

/s/ Danielle Leonard (as authorized on 11/12/19)
Danielle Leonard (SBN 218201)

dleonard@altshulerberzon.com
Scott A. Kronland (SBN 171693)
skronland@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: 415-421-7151
Fax: 415-362-8064

Sean Bedrosian LWP
1220 S Street, Suite 100
Sacramento, CA 95811
Phone: 916-947-1460
Email: sean@psychtechs.net

*Attorneys for Defendant CAPT*

/s/ Maureen C. Onyeagbako (as authorized on 11/13/19)
Maureen C. Onyeagbako
Department of Justice, Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
Phone: 916-210-7324
Fax: 916-324-8835
Email: maureen.onyeagbako@doj.ca.gov

*Attorney for Defendants Clendenin, in her official capacity as Director of the California Department of State Hospitals, and Becerra, in his official capacity as California Attorney General*